McCALEB, Justice
(concurring).
I am in agreement with the principal ruling herein that the exemption claimed by defendant does not apply to the costs and other expenses, including attorney’s fees if they are recoverable, incurred by plaintiff in obtaining the award of alimony for herself and her child. Nor do I object to the remand of this case for the purpose of having the trial court determine what portion of the judgment for attorney’s fees and costs'are attributable to the ob'tention of the alimony decree, since it is my understanding that this Court is not now passing judgment on the question, either as to- *899 whether the judgment for attorney’s fees bears against defendant individually or only as head and master of the community formerly existing between the parties (see Benedict v. Holmes, 104 La. 528, 29 So. 256; Spiller v. Spiller, 170 La. 813, 129 So. 212; Alpha v. Aucoin, La.App., 167 So. 835; Collins v. Collins, 194 La. 446, 193 So. 702; August v. Blache, 200 La. 1029, 9 So.2d 402 and Glorioso v. Glorioso, 223 La. 357, 65 So.2d 794), or whether it is now possible, in view of the fact that the final judgment for attorney’s fees was awarded in a lump sum for services rendered in securing the separation decree and the other incidents thereto, to segregate the award by adducing evidence to show that a definite portion of it is attributable to services rendered for obtaining alimony.
I therefore respectfully concur.